NO. 07-10-00459-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 9, 2011

_____

ERNESTO GARZA, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A18533-1008; HONORABLE ROBERT W. KINKAID JR., JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.


**MEMORANDUM OPINION**

Appellant, Ernesto Garza, pleaded guilty to the felony offense of evading arrest or detention.[1]   After hearing the punishment evidence, a jury assessed appellant's punishment at confinement in the State Jail Division of the Texas Department of Criminal Justice for a period of two years.   Appellant gave notice of appeal.   We will affirm the judgment of the trial court.

_____

[1] See TEX. PENAL CODE ANN. § 38.04(a), (b)(1)(A) (West 2011).

Appellant's attorney has filed an <u>Anders</u> brief and a motion to withdraw. <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 498 (1967). In support of his motion to withdraw, counsel certifies that he has diligently reviewed the record, and in his opinion, the record reflects no reversible error upon which an appeal can be predicated. <u>Id</u>. at 744-45. In compliance with <u>High v. State</u>, 573 S.W.2d 807, 813 (Tex.Crim.App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial court's judgment. Additionally, counsel has certified that he has provided appellant a copy of the <u>Anders</u> brief and motion to withdraw and appropriately advised appellant of his right to file a *pro se* response in this matter. <u>Stafford v. State</u>, 813 S.W.2d 503, 510 (Tex.Crim.App. 1991). The Court has also advised appellant of his right to file a *pro se* response. Appellant filed a response. By his <u>Anders</u> brief, counsel reviewed all grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); <u>Bledsoe v. State</u>, 178 S.W.3d 824 (Tex.Crim.App. 2005). Additionally, we have reviewed the grounds set forth in appellant's response. <u>See</u> <u>Bledsoe</u>, 178 S.W.3d at 827. We have found no such arguable grounds and agree with counsel that the appeal is frivolous.

Accordingly, counsel's motion to withdraw is hereby granted, and the trial court's judgment is affirmed.[2]

Mackey K. Hancock
Justice

Do not publish.

---

[2] Counsel shall, within five days after this opinion is handed down, send his client a copy of the opinion and judgment, along with notification of appellant's right to file a *pro se* petition for discretionary review. See TEX. R. APP. P. 48.4.